UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Joseph Merlino,
David Rothrock,
Plaintiffs

Case No.
14-mc-134

v.

Joseph Ligambi
John Gotti Jr.
Defendants

RECEIVED
MAY 12 2014

Motion for Preliminary Injunction,
Temporary Restraining Order, TRO 28 USC 1331
Plaintiffs Face Imminent danger and Bodily
harm. Joseph Ligambi is in the Mafia, he
just got released from Federal prison and
he is coming after us. Plaintiff Joseph
Merlino is in the witness protection for
testifying against Joseph Ligambi to a
grand jury 3 times. Ligambi knows this,
he is pissed off and ready with revenge.
Joseph Ligambi is accusing David Rothrock
of raping his granddaughter. Rothrock is
in State Prison in fear of his life
from Ligambi. Ligambi told Merlino
he is going to swim with the fishes

off the Florida coast for telling the
Feds everything about Ligambi. J. Merlino
provided the FBI with numerous wiretaps
& taped phone calls. Now Ligambi said
he also bribed and payed off the Jurors
in his Federal case with Gambino
racketering money. He even threatened
David Rothrock with hiring SCI-Benner
thugs) to rape and torture D. Rothrock
for a few years and then murder him
with razor blades to major arteries
so as to cover it up with suicide.
He explicitly stated that he will
fool the F.B.I. into believing that
Mr. Rothrock is a quack with Al-
Qada affiliations, though possibly true
Mr. Rothrock is sinister and knows
that no intelligence agency would
even suspect him, though along with
confiscating childrens anal crevices
under the quise of Al-Qeada is the
sexual fetish unheard of and orgasmic
that the rush will even send a
warm tickle from toes to earlobes

if you can surmise this pleasure & even advocate to jump on board but you must assist him in aquiring a transvestite midget to spread the Jihad and propogate this unique Fatwa. Plaintiffs Seek Restraining Order.

Respectfully,

5/2/14

Jose Martino

P.O. Box 1488
Boca Raton, FL 33432

5/7/14

David Rothrock

KY 7256
301 Institution DR.
Bellefonte, PA 16823