IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH MERLINO and DAVID ROTHROCK,

    Plaintiffs,

  v.

JOSEPH LIGAMBI and JOHN GOTTI, JR.,

    Defendants.

CIVIL ACTION
NO. 14-mc-134

## ORDER

**AND NOW**, this 5th day of June, 2014, upon review of Plaintiffs' "Motion for Preliminary Injunction" (Docket No. 1), it is hereby **ORDERED** that this matter is dismissed without prejudice to Plaintiffs' right to file a properly-commenced civil action. Fed. R. Civ. Pro. 3 provides that a civil action is commenced by the filing of a complaint with the court, and Plaintiffs in this matter did not file a complaint, but instead chose to file a motion. Therefore, the instant matter is dismissed and the Clerk is directed to close this matter.

                                    **BY THE COURT:**

                                    **/s/ Jeffrey L. Schmehl**
                                    **Jeffrey L. Schmehl, J.**